No. 24-70004

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

JOHN ALLEN RUBIO,
*Petitioner-Appellant*

v.

BOBBY LUMPKIN, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION,
*Respondent-Appellee*

On Appeal from the United States District Court for the Southern District of Texas, Brownsville Division, No. 1:18-cv-00088

**UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR CERTIFICATE OF APPEALABILITY**

TO THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT:

Petitioner–Appellant John Allen Rubio respectfully requests leave to file a reply in support of his Motion for a Certificate of Appealability. The Director is unopposed to Rubio's request.

Rubio filed his Motion for Certificate of Appealability and Brief in Support on October 9, 2024. ECF No. 31. The Director submitted his Response in Opposition to Application for Certificate of Appealability on

1

December 9, 2024. ECF No. 44. Rubio requests leave to submit this Reply not for any improper purpose, but to ensure that the important issues in this death penalty case are fully briefed for this Court. Rubio disputes many of the factual and legal arguments made by the Director, and permitting him to file a reply will allow Rubio to address those disputed issues and provide this Court with critical information before it issues its decision. A copy of the proposed Reply is attached to this Motion.

Respectfully submitted,

JASON D. HAWKINS
Federal Public Defender

*/s/ Jeremy Schepers*
Jeremy Schepers
Supervisor, Capital Habeas Unit
jeremy_schepers@fd.org

*/s/ Derek VerHagen*
Derek VerHagen
Assistant Federal Public Defender
derek_verhagen@fd.org

*/s/ Claire Davis*
Claire Davis
Assistant Federal Public Defender
claire_davis@fd.org

Office of the Federal Public Defender
Northern District of Texas
525 South Griffin Street, Ste. 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (fax)

*/s/ Lee Kovarsky*
Lee Kovarsky
*Special Counsel*

Phillips Black, Inc.
A Non-Profit Law Practice
727 E. Dean Keeton Street
Austin, Texas 78705
434.466.8257
l.kovarsky@phillipsblack.org

## Certificate of Compliance

I certify that (1) this Motion was prepared in 14-point Century Schoolbook font using Microsoft Word software; (2) this Motion is 160 words, excluding the words exempted by the rules of court; and (3) this Motion has been scanned for viruses and is virus-free. Counsel further certifies that any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13.

*/s/ Jeremy Schepers*
Jeremy Schepers

## Certificate of Conference

I certify that I have conferred with Ellen Stewart-Klein, counsel of record for the Respondent–Appellee. The Respondent–Appellee is unopposed to the relief requested.

*/s/ Jeremy Schepers*
Jeremy Schepers

## **Certificate of Service**

I hereby certify that on January 17, 2025, I electronically filed the foregoing Motion with the Clerk of the Court of the United States Court of Appeals for the Fifth Circuit by using the CM/ECF system. All participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                */s/ Jeremy Schepers*
                                                Jeremy Schepers